**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Swahili Village M Street, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  The Consulate** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-1975529** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1990 M Street, NW**<br>**Washington, DC 20036**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **District of Columb**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.swahilivillages.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Swahili Village M Street, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Swahili Village M Street, LLC**                                      Case number (*if known*)
          Name

**10.  Are any bankruptcy cases**          ■ No
      **pending or being filed by a**       ☐ Yes.
      **business partner or an**
      **affiliate of the debtor?**

List all cases. If more than 1,        Debtor _____        Relationship _____
attach a separate list                 District _____ When _____        Case number, if known _____

**11.  Why is the case filed in**       *Check all that apply:*
      ***this district?***
                                       ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                          preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                       ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**         ■ No
      **have possession of any**         ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**                   **Why does the property need immediate attention?** (*Check all that apply.*)

                                       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard? _____

                                       ☐ It needs to be physically secured or protected from the weather.

                                       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                       ☐ Other _____
                                          **Where is the property?** _____
                                                                    Number, Street, City, State & ZIP Code

                                          **Is the property insured?**
                                          ☐ No
                                          ☐ Yes.   Insurance agency _____
                                                   Contact name _____
                                                   Phone _____

---

█████  **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
      **available funds**
                                       ■ Funds will be available for distribution to unsecured creditors.

                                       ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**       ☐ 1-49                  ☐ 1,000-5,000            ☐ 25,001-50,000
      **creditors**                ■ 50-99                 ☐ 5001-10,000            ☐ 50,001-100,000
                                   ☐ 100-199               ☐ 10,001-25,000          ☐ More than100,000
                                   ☐ 200-999

**15.  Estimated Assets**          ☐ $0 - $50,000          ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                   ☐ $500,001 - $1 million ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.  Estimated liabilities**     ☐ $0 - $50,000          ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

---

Debtor    **Swahili Village M Street, LLC**

Name                                          Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Swahili Village M Street, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 26, 2025**
MM / DD / YYYY

X **/s/ Kevin Onyona**
Signature of authorized representative of debtor

**Kevin Onyona**
Printed name

Title    **Member**

**18. Signature of attorney**

X **/s/ Craig M. Palik (cpalik@mhlawyers.com)**
Signature of attorney for debtor

Date    **September 26, 2025**
MM / DD / YYYY

**Craig M. Palik (cpalik@mhlawyers.com)**
Printed name

**McNamee Hosea,  P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone    **(301) 441-2420**    Email address    **cpalik@mhlawyers.com**

**15254 DC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Swahili Village M Street, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 26, 2025**       X **/s/ Kevin Onyona**
                                            Signature of individual signing on behalf of debtor

                                            **Kevin Onyona**
                                            Printed name

                                            **Member**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Swahili Village M Street, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLUMBIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Office of Tax and Revenue 1101 4th Street, SW, Suite 270 Washington, DC 20024** | | **Sales and Use Tax** | | | | **$735,567.00** |
| **Empire Leasing LLC 1627 K Street,  NW Suite 710 Washington, DC 20006** | | **Rent for 1990 M Street, NW** | | | | **$176,973.00** |
| **Capital Domain Funding 300 Tice Blvd. Woodcliff Lake, NJ 07677** | **cs@capitaldomain. com 732-426-4900** | | | **$124,384.86** | **$0.00** | **$124,384.86** |
| **Propel Advance 1277 East 14th Street Brooklyn, NY 11230** | | | | **$100,164.44** | **$0.00** | **$100,164.44** |
| **US Foods 10700 Hanna St Beltsville, MD 20705** | | **Trade debt** | | | | **$90,000.00** |
| **Quick Funding LLC 99 W Hawthorne Avenue Valley Stream, NY 11580** | | | | **$90,000.00** | **$0.00** | **$90,000.00** |
| **NewCo Capital Group 90 Broad Street, #903 New York, NY 10004** | | | | **$85,246.00** | **$0.00** | **$85,246.00** |

| Debtor | **Swahili Village M Street, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brownstein Hyatt Farber Shreck, LLP 600 Massachusetts Avenue, NW Suite 400 Washington, DC 20001** | | **Trade debt** | | | | $74,827.37 |
| **District of Columbia c/o Graham Lake, Esquire Office of the Attorney General 400 6th Street, NW, 10 floor Washington, DC 20001** | | **Settlement** | | | | $69,451.88 |
| **Rees Broome ,PC 7101 Wisconsin Avenue Suite 1201 Bethesda, MD 20814** | | **Trade debt** | | | | $63,500.00 |
| **Account Tax Associate PO Box 1891 Lowell, MA 01853** | | **Trade debt** | | | | $53,500.00 |
| **Cromwell Capital, LLC 398 E Dania Beach Blvd. #297 Dania, FL 33004** | | | | $41,222.50 | $0.00 | $41,222.50 |
| **Performace Food Service 1333 Avondale Road New Windsor, MD 21776** | | **Trade debt** | | | | $36,492.88 |
| **AES Foods 83-F Albe Drive Newark, DE 19702** | | **Trade debt** | | | | $30,000.00 |
| **Reliance Financial 633 167th Street, Suite 804 Miami Beach, FL 33162** | | | | $25,341.06 | $0.00 | $25,341.06 |
| **Veritas Law Firm 1225 19th Street, NW Suite 7 Washington, DC 20036** | | **Trade debt** | | | | $23,903.59 |

| Debtor | **Swahili Village M Street, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PEPCO** **PO Box 97274** **Washington, DC** **20090-7274** | **800-424-8028** | **Utility** | | | | **$20,000.00** |
| **Saval Foodservice** **6740 Dorsey Road** **Elkridge, MD 21075** | **credit@savalfoods. com** **443-561-3218** | **Trade debt** | | | | **$18,000.00** |
| **Truist Bank** **PO Box 698** **Wilson, NC** **27894-0698** | | **Credit Card** | | | | **$16,790.00** |
| **DJ Babu** **Comet Management** **Solutions** **3225 McLeod Drive** **Las Vegas, NV** **89121** | | **Trade debt** | | | | **$14,000.00** |

LOCAL OFFICIAL FORM 102

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re

**Swahili Village M Street, LLC,**

**Case No.**

**Chapter**   11

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept a flat fee of | $ 20,000.00 |
| Filing Fees | $ 0.00 |
| Prior to the filing of this statement I have received | $ 20,000.00 |
| Balance Due | $ 0.00 |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

2.      The source of the compensation paid to me was:

■    Debtor   ☐    Other (specify):

3.      The source of compensation to be paid to me is:

■    Debtor   ☐    Other (specify):

4   ■      I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

☐      I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case;
e.   [Other provisions as needed]
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**CERTIFICATION**

    I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:  **September 26, 2025**

**/s/ Craig M. Palik (cpalik@mhlawyers.com)**
Signature of attorney

**Craig M. Palik (cpalik@mhlawyers.com)**
Name, Bar Number

**McNamee Hosea,  P.A.**
Firm

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Address

**(301) 441-2420**
Telephone

**cpalik@mhlawyers.com**
Email Address

Abrianna Elvena
6632 Georgia Avenue, NW
Washington, DC 20012


Account Tax Associate
PO Box 1891
Lowell, MA 01853


AES Foods
83-F Albe Drive
Newark, DE 19702


Aksum Gebeyehu
6632 Georgia Avenue, NW
Washington, DC 20012


Alfredo Hernandez
200 S Van Dorn Street
Apt A 108
Alexandria, VA 22304-4343


Allan Eko Eyi
8705 Georgia Avenue
Silver Spring, MD 20910


Alzater A. Acee
1483 Bruce Place, SE
Washington, DC 20020


Anderson Lopez
1414 Upshur Street, NW
#303
Washington, DC 20011


Angel Acosta
1433 Columbia Road, NW
Apt. 34
Washington, DC 20009

Antonio Sales
1414 Upshur Street, NW
Apt. 107
Washington, DC 20010


Beny J. Lopez
1524 Newton Street,, NW
Washington, DC 20010


Branly Y. Cabrera
1445 Monroe Street, NW
Washington, DC 20010


Brownstein Hyatt Farber Shreck, LLP
600 Massachusetts Avenue, NW
Suite 400
Washington, DC 20001


Capital Domain Funding
300 Tice Blvd.
Woodcliff Lake, NJ 07677


Crewsing
543 Ritchie Road
Capitol Heights, MD 20743


Cromwell Capital, LLC
398 E Dania Beach Blvd. #297
Dania, FL 33004


Deja Dowell
1221 Massachusetts Avenue, NW
Washington, DC 20005


Derek Najaro Lemus
2901 Arundel Road
Mount Rainier, MD 20712

Destiny Stephens
4008 Ranch Road
Upper Marlboro, MD 20772


District of Columbia
c/o Graham Lake, Esquire
Office of the Attorney General
400 6th Street, NW,  10 floor
Washington, DC 20001


DJ Babu
Comet Management Solutions
3225 McLeod Drive
Las Vegas, NV 89121


DJ Baggings
57 Randolph RD #100
Silver Spring, MD 20904


Edman Aguilar
1429 Belmont Street, NW
Washington, DC 20009


Effie D. Odhiambo
14139 Aldora Circle
Burtonsville, MD 20866


Elizabeth Davis
14021 Gullivers Trail
Bowie, MD 20720


Emma Ologohe
914 Central Hills Lane
Hyattsville, MD 20785


Emmanuel O. Ajowi
2997 Glenora Lane
Rockville, MD 20850

Empire Leasing LLC
1627 K Street, NW
Suite 710
Washington, DC 20006

Erick Ochieng
5015 Southern Avenue, #201
Capitol Heights, MD 20743

Faustina D. Calero
6913 23rd Place
Hyattsville, MD 20783

Francisco Perez
7910 24th Avenue
Hyattsville, MD 20783

Gladys M. Mutinda
2400 Queens Chapel Road
Hyattsville, MD 20783

Henristote Okombi
5029 Hanna Place, SE
Washington, DC 20019

HIlda Lopez Juarez
1414 Upshur Street, NW
Washington, DC 20011

Julio Ochoa
2215 Buchanan Street
Unit 203
Mount Rainier, MD 20712

Keith S. Ward, II
5219 Hagan Road
Temple Hills, MD 20748

LEXAD LLC
30 Sandstone Road
Ease Windsor, NJ 08520


Luis Francisco Lopez
3501 13th Street, NW
#101
Washington, DC 20010


Luis Hernandez
3636 16th Street, NW
Apt. B1128
Washington, DC 20010


Margie Y. Alvarez
4804 Cherokee Street
College Park, MD 20740


Michael Versailles
1967 Rosemary Hills Drive
#R3
Silver Spring, MD 20910


Michelle Vanegas-Lacan
4612 4th Street, NW
Washington, DC 20011


Mirna E. Reyes
3636  16th Street, NW
#B1128
Washington, DC 20010


Modou L. Jaye
6 Pinemont Place
Apt. 2D
Nottingham, MD 21236


Musonda Chisambisha
1842 California Street, NW
Unit 4
Washington, DC 20009

NewCo Capital Group
90 Broad Street, #903
New York, NY 10004


Office of Tax and Revenue
1101 4th Street, SW, Suite 270
Washington, DC 20024


PEPCO
PO Box 97274
Washington, DC 20090-7274


PEPCO
3400 Benning Road NE
Washington, DC 20019


Performace Food Service
1333 Avondale Road
New Windsor, MD 21776


Peter Odhiambo
14901 Sierra Ridge Lane
Silver Spring, MD 20906


Phirpps Alexandre
808 Malibu Drive
Silver Spring, MD 20901


Propel Advance
1277 East 14th Street
Brooklyn, NY 11230


Quick Funding LLC
99 W Hawthorne Avenue
Valley Stream, NY 11580

Ras Michael Douglas
4304 Glenmore Avenue
Baltimore, MD 21206


Rees Broome ,PC
7101 Wisconsin Avenue
Suite 1201
Bethesda, MD 20814


Reliance Financial
633 167th Street, Suite 804
Miami Beach, FL 33162


Saval Foodservice
6740 Dorsey Road
Elkridge, MD 21075


Travellers Global Insurance
485 Lexington Ave
New York, NY 10017


Truist Bank
PO Box 698
Wilson, NC 27894-0698


Truist Bank
2929 M Street, NW
Washington, DC 20036


US Foods
10700 Hanna St
Beltsville, MD 20705


Veritas Law Firm
1225 19th Street, NW
Suite 7
Washington, DC 20036

Youto Togoe
14021 Gullivers Trail
Bowie, MD 20720

# United States Bankruptcy Court
### District of Columbia

In re   **Swahili Village M Street, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Swahili Village M Street, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 26, 2025**

Date

**/s/ Craig M. Palik (cpalik@mhlawyers.com)**

**Craig M. Palik (cpalik@mhlawyers.com)**

Signature of Attorney or Litigant

Counsel for    **Swahili Village M Street, LLC**

**McNamee Hosea,  P.A.**

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
**(301) 441-2420 Fax:(301) 982-9450**
**cpalik@mhlawyers.com**

**United States Bankruptcy Court**
**District of Columbia**

In re    **Swahili Village M Street, LLC** _____    Case No. _____

Debtor(s)    Chapter    **11**    _____

## LIST OF CREDITORS AND MAILING MATRIX

1.    The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of   **8**   pages and a total of   **64**   entities listed.

2.    The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

1 of 2

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date: **September 26, 2025**

**/s/ Kevin Onyona**
**Kevin Onyona**/**Member**
Signer/Title