The order below is hereby signed.

Signed: December 10 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 25-00437-ELG** |
| **Swahili Village M Street LLC,** | **Chapter 11** |
| Debtor. | |

### BENCH WARRANT FOR ARREST OF MARCELLUS CREWS, INDIVIDUALLY AND AS OWNER OF CREWSING TECHNOLOGIES

On November 14, 2025, the Court entered an *Order Granting in Part and Denying in Part Debtor's Motion to Show Cause* (the "First Show Cause Order") (ECF No. 46), requiring Marcellus Crews and Crewsing Technologies to appear before the Court on November 19, 2025 (the "First Hearing") and to restore the web hosting and email services of Swahili Village M Street LLC (the "Debtor"). Neither Marcellus Crews or Crewsing Technologies appeared at the Initial Hearing or otherwise took action to restore the Debtor's services. The Court then entered a *Further Order on Show Cause as to Marcellus Crews and Crewsing Technologies* (the "Second Show Cause Order") (ECF No. 54), which imposed sanctions on Marcellus Crews and Crewsing Technologies and further ordered them to appear before the Court on December 3, 2025 (the "Second Hearing"). Marcellus Crews and Crewsing Technologies were both properly served with the Second Show Cause Order by first class mail at 5203 Griffendale Ln., Upper Marlboro, MD 20772 and 543 Ritchie Rd., Capital Heights, MD 20743 on November 22, 2025. *BNC Certificate*

*of Mailing*, ECF No. 55. Marcellus Crews and Crewsing Technologies failed to appear at the Second Hearing or otherwise rectify the issues associated with the Debtor's access to web hosting and email services.

For the reasons stated on the record at the First and Second Hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Court finds that cause exists to hold Marcellus Crews, individually and as owner of Crewsing Technologies, in contempt for violation of this Court's First Show Cause Order and Second Show Cause Order.

2. The United States Marshals Service shall take custody of Marcellus Crews, individually and as owner of Crewsing Technologies, for examination at the United States Courthouse, Courtroom 1, 333 Constitution Ave NW, Washington, DC 20001 without unnecessary delay.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic noticing; and

Marcellus Crews
5203 Griffendale Ln.
Upper Marlboro, MD 20772

Marcellus Crews
543 Ritchie Rd.
Capital Heights, MD 20743

Crewsing Technologies
5203 Griffendale Ln.
Upper Marlboro, MD 20772

Crewsing Technologies
543 Ritchie Rd.
Capital Heights, MD 20743