# Balance Sheet
## Swahili Village M Street, LLC
### As of February 28, 2026

| Distribution account | Total |
| --- | --- |
| Assets | |
| Current Assets | |
| Bank Accounts | |
| 10000 Capital One (3726) | 0.00 |
| 1000 Capital One (9267) | 775.27 |
| 1001 Capital One (3602) Bankruptcy DDA | 13,259.73 |
| 1002 Truist (9778) | -209.63 |
| 1003 Truist (2114) | 78,181.00 |
| 1004 M&T 1368 | 0.00 |
| 10500 Checking (8615) Truist Simple Checking | -125.00 |
| 10600 10600 Checking (8621) Consulate | 0.00 |
| **Total for Bank Accounts** | **$91,881.37** |
| Other Current Assets | |
| 1210 A/R Uber Eats | -4,786.37 |
| 1211 A/R DoorDash | -2,083.55 |
| 1212 A/R GrubHub | 456.42 |
| 14000 Intercompany Receivable- Beltsville | -7,025.90 |
| DTF - Boma Holding Group | 20,000.00 |
| **Total for Other Current Assets** | **$6,560.60** |
| **Total for Current Assets** | **$98,441.97** |
| Fixed Assets | |
| 15000 Leasehold Improvements | 982,594.64 |
| 15010 Accumulated Amortization | -354,536.81 |
| **Total for 15000 Leasehold Improvements** | **$628,057.83** |
| 16000 Property and Equipment | |
| 16200 Equipment | 401,192.00 |
| 16220 Accumulated Depreciation- Equipment | -400,519.40 |
| **Total for 16200 Equipment** | **$672.60** |
| 16400 Furniture & Fixtures | 506,064.12 |
| 16420 Accumulated Depreciation-Furniture | -361,842.15 |
| **Total for 16400 Furniture & Fixtures** | **$144,221.97** |
| **Total for 16000 Property and Equipment** | **$144,894.57** |
| 17000 Artwork assets | 72,141.15 |
| **Total for Fixed Assets** | **$845,093.55** |
| Other Assets | |
| 18500 Other Asset- Finance Cost | 70,500.00 |
| 19500 ERC | 0.00 |
| **Total for Other Assets** | **$70,500.00** |

| | |
|---|---|
| **Total for Assets** | **$1,014,035.52** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| 21100 Truist Business Visa #6446 | 16,789.51 |
| **Total for Credit Cards** | **$16,789.51** |
| Other Current Liabilities | |
| 22000 Payroll Liabilities | |
| 22100 Net DDs Payable | 0.00 |
| 22200 Net Checks Payable | -3,858.81 |
| 22300 Employee Tips Payable | -23,001.31 |
| 22400 Payroll Taxes Payable | 0.00 |
| **Total for 22000 Payroll Liabilities** | **-$26,860.12** |
| 23000 Sales Taxes Payable | 844,113.76 |
| Accrued Expenses | 9,200.00 |
| Cash Over Short | 5.47 |
| Customer Deposits | -9,518.75 |
| DTF Newark | 10,014.38 |
| Emad Shoeb | -5,000.00 |
| Gift Card | 1,061.00 |
| **Total for Other Current Liabilities** | **$823,015.74** |
| **Total for Current Liabilities** | **$839,805.25** |
| Long-term Liabilities | |
| 27100 Loan Ocean Funding | 87,979.00 |
| 27150 Loan Avion Funding | 108,261.08 |
| 27200 Loan- NEWCO | 63,921.00 |
| 27250 Loan Capital Domain | 118,730.75 |
| 27500 MobyCap Loan | 0.00 |
| 27600 Reliance Financing- Loan | -120,699.44 |
| 27700 Cromwell Capital | 0.00 |
| 27800 Daily Meged Funding | 0.00 |
| 27805 DC Government | 191,357.53 |
| 28000 Quick Quick Funding | 0.00 |
| 28200 G AND G Funding | 0.00 |
| 28500 Litefund Solution | 0.00 |
| 28600 Blackbridge BIG | 0.00 |
| **Total for Long-term Liabilities** | **$449,549.92** |
| **Total for Liabilities** | **$1,289,355.17** |
| Equity | |
| 30000 Opening Balance Equity | 500.00 |
| 31000 Owner's Equity | 681,740.53 |
| 32000 Retained Earnings | -922,747.74 |

| | |
|---|---|
| Net Income | -34,812.44 |
| **Total for Equity** | **-$275,319.65** |
| **Total for Liabilities and Equity** | **$1,014,035.52** |

Cash Basis Monday, March 23, 2026 03:43 PM GMTZ