Craig M. Palik, Esq. Fed. (Bar No. 15254)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | | |
| | * | |
| **SAHILI VILLAGE M STREET, LLC** | | **Case No. 25-00437 ELG** |
| | * | **Chapter 11** |
| **Debtor.** | * | |

* * * * * * * *

**DEBTOR'S MOTION TO ASSUME NONRESIDENTIAL LEASE <u>WITH MEITNERIUM ALPHA LLC</u>**

Debtor, Swahili Village M Street, LLC (The "Debtor"), by and through is undersigned counsel, pursuant to 11 U.S.C. §§ 105 and 365(a), moves the Court for entry of an order assuming the nonresidential lease between the Debtor and Meitnerium Alpha LLC ("Meitnerium") (the "Motion") and, for cause, states as follows:

**<u>Jurisdiction</u>**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue lies properly with this Court pursuant to 28 U.S.C. §§ 1408 and 1408. This matter is core proceeding pursuant to 28 U.S.C. § 157.

2. The relief sought with this Motion is based upon sections 11 U.S.C. §§ 105 and 365(a) of 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code).

**<u>Background</u>**

3. Swahili Village M Street, LLC ("Debtor"), filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on September 26, 2025 (the "Petition Date").

Since the Petition Date, Debtor has remained in possession of its property and has continued to manage its affairs as debtor-in-possession pursuant to §§1107 and 1108 of the Code.

4. Debtor is a District of Columbia Limited Liability Corporation with its principal place of business in District of Columbia and is engaged in the operating a restaurant located at 1990 M Street, N.W., Washington D.C.

5. Prior to the Petition Date, the Debtor leased the commercial premises upon which the restaurant is operated.

6. On or about May of 2019 the Debtor entered into a lease agreement with Meitnerium with respect to certain real property located at 1990 M Street, N.W., Washington D.C (the " Lease").

7. The Lease between the Debtor and Meitnerium is for a term of 120 months. The current annual base rent under the Lease is $274,974.00. A copy of the Deed of Lease is attached hereto as "**Exhibit A**."

8. Pursuant to § 365(d)(4)(A), "an unexpired lease of nonresidential real property under which the debtor is lessee shall be deemed rejected … if the trustee does not assume or reject the unexpired lease by the earlier of (i) the date that is 120 days after the date of the order for relief; or (ii) the date of the entry of an order confirming a plan."

9. By order of the Court dated February 20, 2026, an order was entered extending the deadline to assume or reject the lease to April 26, 2026 provided:

A. A payment of $35,000 to be made by Kevin Onyona, the sole member of the Debtor, to Meitnerium within two business days of the entry of this Order; and

B. B. A payment of $40,000 to be made by the Debtor, or in the alternative, Kevin Onyona, within thirty (30) days of the entry of this Order

10. The first payment was made timely by Kevin Onyona. The second payment was not paid timely, however it was made on March 25, 2026, by the Debtor, with Meitnerium's agreement to waive any payment default and to honor the extension deadline.

**Assumption of Lease**

11. In light of the foregoing, the Debtor intends by this Motion to assume the Meitnerium Lease and to continue to pay the monthly rent according to contract terms (subject to adjustment for scheduled rent increases, taxes and any CAM charges). The Debtor believes that the amount required to cure the lease payments default includes $252,239.38 for Rent and Charges due under Lease, plus $75,001.31 of unpaid Operating Expenses and $13,0985.94 for Late Fees, or a total of cure amount of $340,326.72. This total sum does not include attorneys' fees.

12. Under 11 U.S.C. § 365(b)1, the Debtor must either cure or provide adequate assurance that the Debtor will promptly cure such payment defaults. The Debtor intends to promptly cure all lease defaults.

13. The Debtor intends to cure such payment defaults by payment of $50,000.00 within 21 days of this motion and the balance within 60 days, respectively. The source of such funding will be through debtor in possession financing, which the Debtor is in the process of finalization of terms with a private equity investor. The Debtor in possession financing will be the subject of a motion to be filed by the Debtor within the next 7-10 days.

**Basis for Relief**

14. Section 365(a) of the Bankruptcy Code states that the trustee, after notice and hearing, "subject to the Court's approval, may assume or reject . . . any unexpired executory contract or unexpired lease of the Debtor." 11 U.S.C. § 365(a). As noted by the United States

Court of Appeals for the Second Circuit, "[t]he purpose behind allowing the assumption or rejection of executory contracts is to permit the trustee or debtor-in-possession to use valuable property of the estate and 'to renounce title to and abandon burdensome property.'" *Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.)*, 4 F.3d 1095, 1098 (2d Cir. 1993) (quoting 2 COLLIER ON BANKRUPTCY, ¶ 365.01[1] (15th Ed.1993)).

15. The standard governing motions to assume executory contract or unexpired lease pursuant to § 365 of the Bankruptcy Code is the business judgment test, which requires a showing that the proposed course of action will benefit the estate. *See Sharon Steel Corp. v. National Fuel Gas Distribution Corp. (In re Sharon Steel Corp.)*, 872 F.2d 36, 40 (3d Cir. 1989); *see also NLRJ v. Bildisco*, 465 U.S. 513, 523 (1984). Generally, courts defer to a debtor in possession's business judgment to assume an executory contract or unexpired lease. *See Bildisco*, 465 U.S. at 525.

16. The Debtor has determined, in its business judgment and based on the factors identified above, the assumption will benefit the Debtor, its creditors, and the bankruptcy estate. The Debtor operates its business at the Lease premises. The Meitnerium Lease is necessary to the Debtor's restructuring efforts as this is where the Debtor's income is generated.

17. Based upon the foregoing, it is in the best interest of the Debtor, the estate and the Debtor's creditors to assume Meitnerium Lease effective upon entry of an Order approving said assumption.

18. The Debtor will rely solely upon this Motion in seeking the relief requested herein and will not file a memorandum in support of this Motion.

**WHEREFORE**, Swahili Village M Street, LLC, respectfully requests the following relief:

A. That the Debtor's assumption and extension of Meitnerium Lease be approved; and

B. That the Order submitted herewith be entered; and

C. That the Debtor be granted such other and further relief as this Court may deem just and proper.

Date: April 26, 2026

Respectfully submitted,

/s/ Craig M. Palik
Craig M. Palik (Fed Bar No. 15254)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawers.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of April 2026, a true and correct copy of the foregoing has been furnished in the manner set forth below:

U.S. Foods
11994 Livingston Road
Manassas, VA 20109

Lazarus Capital Holdings LLC
3974 Amboy Road, Ste. 306
Staten Island, NY 10308

DC OTR
1101 4th Street, SW
Washington, DC 20024

Cromwell Capital LLC
398 E. Dania Beach Blvd. #297
Dania Beach FL, 33004

NewCo Capital Group
90 Broad Street # 903
New York, New York 10004

Capital Domain
300 Tice Blvd.
Woodcliff Lakes, NJ 07677

Reliance Financial
633 167th Street, Suite 804
N. Miami Beach, FL 33162

Quick Funding
99 W. Hawthorne, Ave.
Valley Stream, NY 11580

Chromwell Capital
398 E. Dania Breach Blvd. #297
Dania Beach, FL 33004

Propel Advance
1277 East 14th Street
Brooklyn, NY 11230

Avion Funding
16740 NE 9th Ave Apt. 202
Miami Beach, FL 33162

DC Gov't Office of Tax and Revenue
c/o Malikh Prout
Revenue Officer
1101 4th Street S.W.
Washington, DC 20024

Mayor of The District of Columbia
Headquarters
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Brian Schwalb
Attorney General of The District of Columbia
400 6th Street NW
Washington, D.C. 20006

Brownstein Hyatt Farber Shreck, LLP
600 Massachusetts Avenue, NW Suite 400
Washington, DC 20001

Empire Leasing LLC
1627 K Street, NW Suite 710
Washington, DC 20006

District of Columbia
c/o Graham Lake, Esquire
Office of the Attorney General
400 6th Street, NW, 10 Floor
Washington, DC 20001

Nancy L. Alper
Senior Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 6 TH Street, N.W., 9 TH Floor
Washington, DC 20001

Rees Broome, PC
7101 Wisconsin Avenue Suite 1201
Bethesda, MD 20814

Account Tax Associate
PO Box 1891
Lowell, MA 01853

Performance Food Service
1333 Avondale Road
New Windsor, MD 21776

Reliance Financial
633 167th Street, Suite 804
Miami Beach, FL 33162

Veritas Law Firm
1225 19th Street, NW Suite 7
Washington, DC 20036

AES Foods
83-F Albe Drive
Newark, DE 19702

PEPCO
PO Box 97274
Washington, DC 20090-7274

Saval Foodservice
6740 Dorsey Road
Elkridge, MD 21075

Truist Bank
PO Box 698
Wilson, NC 27894-0698

DJ Babu
Comet Management Solutions
3225 McLeod Drive
Las Vegas, NV 89121

CT Corporation System as Representative
330 N. Brand Blvd. Ste 700
Attn: SRPS
Glendale, CA 91203

Avion Funding
16740 NE 9th Ave Apt. 202
Miami Beach, FL 33162

Lazarus Capital Holdings LLC
3974 Amboy Road, Ste. 306
Staten Island, NY 10308

Michael T. Freeman
Assistant U.S. Trustee
Office of the United States Trustee
1725 Duke St
Alexandria, VA 22314

C. Kevin Kobbe, Esquire
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202

Jeffrey S. Romanick, Esquire
Gross, Romanick, Dean & DeSimone, P.C.
3975 University Drive, Suite 410
Fairfax, Virginia 22030 – 2520
jeff@grddlaw.com

Metinerium Alpha, LLC
c/o Empire Leasing Inc
1627 K Street, NW, Ste. 710
Washington, DC 20006

Date: April 26, 2026

Respectfully submitted,

MCNAMEE, HOSEA P.A.

/s/ Craig M. Palik
Craig M. Palik (Fed. Bar No. 15254)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770

Telephone: (301) 441-2420
Facsimile: (301) 982-9450
cpalik@mhlawyers.com

*Attorneys for Debtor*