Craig M. Palik, Esq. Fed. (Bar No. 15254)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | * | |
| **SAHILI VILLAGE M STREET, LLC** | * | **Case No. 25-00437 ELG**<br>**Chapter 11** |
| **Debtor.** | * | |

* * * * * * * *

**WITHDRAWAL OF DEBTOR'S MOTION TO ASSUME**
**<u>NONRESIDENTIAL LEASE WITH MEITNERIUM ALPHA LLC</u>**

Swahili Village M Street, LLC ("Movant" or "Debtor"), by and through its undersigned counsel, McNamee Hosea, P.A., respectfully withdraws its Motion to Assume Nonresidential Lease with Meitnerium Alpha LLC filed at Dkt. No. 121.

Respectfully submitted,

MCNAMEE, HOSEA, P.A.

/s/ Craig M. Palik
Craig M. Palik (VSB No. 45728)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
Telephone: (301) 441-2420
cpalik@mhlawyers.com

*Attorneys for Swahili Village M Street, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd of May, 2026, I caused a copy of the foregoing Withdrawal of Motion to Assume Nonresidential Lease with Meitnerium Alpha LLC to be served via first class mail, postage prepaid upon all known e-mail addresses and mailing addresses (listed below) Debtor has for the Defendants as follows:

Mantis Funding LLC

Michael T. Freeman
Assistant U.S. Trustee
Office of the United States Trustee
1725 Duke St
Alexandria, VA 22314

Jeffrey S. Romanick, Esquire
Gross, Romanick, Dean & DeSimone, P.C.
3975 University Drive, Suite 410
Fairfax, Virginia 22030 – 2520
jeff@grddlaw.com

Metinerium Alpha, LLC
c/o Empire Leasing Inc
1627 K Street, NW, Ste. 710
Washington, DC 20006

/s/ Craig M. Palik
Craig M. Palik