**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Swahili Village M Street, LLC,** | **Case No. 25-00437-ELG** |
| **Debtor.** | **Chapter 11** |

### U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

Matthew W. Cheney, Acting United States Trustee for Region 4, by counsel, moves this Court to convert this chapter 11 case to chapter 7 or in the alternative, to dismiss this case, whichever is in the best interests of the creditors and the estate.

In support of this motion the following representations are made:

1. The Court has authority to hear and decide this matter. 28 U.S.C. § 1334.

2. This is a core matter. 28 U.S.C. § 157(b)(2)(A).

3. On September 26, 2025, the Debtor filed a voluntary petition for relief under Subchapter V of chapter 11 of the Bankruptcy Code.

4. Upon information and belief, the Debtor closed its business and is no longer operating.

5. The Bankruptcy Code at 11 U.S.C. § 1112(b)(1) provides that when a movant establishes cause, the Court shall either convert to chapter 7 or dismiss a case filed under this chapter based on whichever is in the best interests of creditors and the estate.

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.t.freeman@usdoj.gov

1

6.      At the time of filing this Motion, the Debtor has not filed monthly operating reports for the months of March, April and May 2026.

<u>**Argument**</u>

The Court, for cause, after notice and hearing, may dismiss or convert a case to a case under chapter 7, whichever is in the best interests of the creditors and the estate.  11 U.S.C. § 1112(b)(1).

Under 11 U.S.C. § 1112(b)(4)(F) cause exists where "unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter".  The Debtor has failed to file monthly operating reports for March, April and May 2026.  Failure to file these reports is grounds for conversion or dismissal of the case.

As the U.S. Trustee has established a *prima facie* case that "cause" exists to convert or dismiss this case, the burden shifts to the Debtor to demonstrate that "unusual circumstances" exist that establish that converting or dismissing the case is not in the best interests of creditors and the estate to avoid the mandatory conversion or dismissal of their case. *See* 11 U.S.C. § 1112(b)(2). For the exception to apply, the court must find and specifically identify unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate. *Id.* The debtor or another party in interest must then: (1) establish that there is a reasonable likelihood that a plan will be confirmed within a reasonable period of time; and (2) that the grounds for converting or dismissing the case include an act or omission of the debtor other than under paragraph (4)(A)—(i) for which there exists a reasonable justification for the act or omission; and (ii) that it will be cured within a reasonable period of time fixed by the court. *Id.*; *See In re Landmark Atl. Hess Farm, LLC,* 448 B.R. 707 (Bankr. D. Md. 2011). The U.S. Trustee is unaware of any unusual circumstances that would result in a finding that either conversion or dismissal of this case in not in the best interest of creditors and the estate.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an order converting this case to a case under chapter 7 of the Bankruptcy Code or dismiss this case.

June 23, 2026

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

**Certificate of Service**

I hereby certify that on June 23, 2026, I electronically filed the foregoing Motion to Convert or Dismiss with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Nancy L. Alper nancy.alper@dc.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, DLAPiper@ecfxmail.com

G Emeka Obinna Onwezi geo@onestopadvocate.com, onwezi@gmail.com

Craig Palik cpalik@mhlawyers.com, cpalik@yahoo.com; mevans@mhlawyers.com; cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com

Shannon Jacob Posner sjposner@posner-law.com

Jeffrey Scott Romanick jeff@grddlaw.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Jolene E Wee jwee@jw-infinity.com, cjew11@trustesolutions.net

Nicole A Williams nwilliams@reesbroome.com, sstewart@reesbroome.com,efox@reesbroome.com,rgujral.com

I further certify that on June 23, 2026, a copy of the foregoing Motion was served by first class mail, postage prepaid to the Debtor and Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| Swahili Village M Street, LLC<br>1990 M Street, NW<br>Washington, DC 20036 | Office of Tax and Revenue<br>1101 4th Street, SW, Suite 270<br>Washington, DC 20024 |
| Empire Leasing LLC<br>1627 K Street, NW, Suite 710<br>Washington, DC 20006 | Capital Domain Funding<br>300 Tice Blvd.<br>Woodcliff Lake, NJ 07677 |
| Propel Advance<br>1277 East 14th Street<br>Brooklyn, NY 11230 | US Foods<br>10700 Hanna St<br>Beltsville, MD 20705 |
| Quick Funding LLC<br>99 W Hawthorne Avenue<br>Valley Stream, NY 11580 | NewCo Capital Group<br>90 Broad Street, #903<br>New York, NY 10004 |

| | |
|---|---|
| Brownstein Hyatt Farber Shreck, LLP<br>600 Massachusetts Avenue, NW<br>Suite 400<br>Washington, DC 20001 | District of Columbia<br>c/o Graham Lake, Esquire<br>Office of the Attorney General<br>400 6th Street, NW, 10 Floor<br>Washington, DC 20001 |
| Rees Broome ,PC<br>7101 Wisconsin Avenue, Suite 1201<br>Bethesda, MD 20814 | Account Tax Associate<br>PO Box 1891<br>Lowell, MA 01853 |
| Cromwell Capital, LLC<br>398 E Dania Beach Blvd. #297<br>Dania, FL 33004 | Performance Food Service<br>1333 Avondale Road<br>New Windsor, MD 21776 |
| AES Foods<br>83-F Albe Drive<br>Newark, DE 19702 | Reliance Financial<br>633 167th Street, Suite 804<br>Miami Beach, FL 33162 |
| Veritas Law Firm<br>1225 19th Street, NW, Suite 7<br>Washington, DC 20036 | PEPCO<br>PO Box 97274<br>Washington, DC 20090-7274 |
| Saval Foodservice<br>6740 Dorsey Road<br>Elkridge, MD 21075 | Truist Bank<br>PO Box 698<br>Wilson, NC 27894-0698 |
| DJ Babu<br>Comet Management Solutions<br>3225 McLeod Drive<br>Las Vegas, NV 89121 | |

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist